UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BYRON CHANT,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LEVI SHEPARD and<br>WASHINGTON STATE<br>PENITENTIARY,<br><br>　　　　　　　Defendants. | NO. CV-13-0248-LRS<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

By Order filed August 19, 2013, the Court directed Mr. Chant, a *pro se* prisoner at the Olympic Corrections Center in Forks, Washington, to comply with 28 U.S.C. § 1915(a)(2) which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint. The Court also directed Plaintiff to show cause why he should not be precluded from proceed *in forma pauperis* under 28 U.S.C. § 1915(g). Plaintiff did not comply with the Court's directive or file anything further in this action.

Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** for failure to comply with the filing requirements of 28 U.S.C. § 1915(a)(2). Because Plaintiff also failed to pay the applicable fee of $400.00 ($350.00 filing fee plus $50.00 administrative fee), to commence this action pursuant to 28 U.S.C. § 1914, **IT IS ORDERED** the complaint is **DISMISSED without prejudice** for failure to comply with

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING
COMPLAINT WITHOUT PREJUDICE -- 1

the filing fee requirements.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.   The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this___30th___day of September,2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2