AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BYRON CHANT,<br>*Plaintiff*<br>v.<br>LEVI SHEPARD and WASHINGTON STATE PENITENTIARY,<br>*Defendant* | Civil Action No.  CV-13-0248-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  the complaint is DISMISSED without prejudice for failure to comply with the filing fee requirements.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: September 30, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia